

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2015

No. 04-14-00759-CV

Gregory **JACKSON**,
Appellant

v.

Kevin **CARLTON**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-19961
Honorable Martha B. Tanner, Judge Presiding

## O R D E R

Appellee Kevin Carlton's brief was due February 9, 2015. Neither the brief nor a motion for extension of time has been filed.

We **order** Carlton to file his appellee's brief **by March 2, 2015**. If the brief is not filed by the date ordered, the case may be submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court